UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO LOPEZ,<br><br>    Petitioner,<br><br>  v.<br><br>RICHARD DONOVAN,<br><br>    Respondent. | Case No. CV 08-3784 DSF(JC)<br><br>JUDGMENT |

  Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 10/2/08

*Dale S. Fischer*

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE