FILED
CLERK, U.S. DISTRICT COURT

OCT 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD DONOVAN,<br><br>    Respondent. | Case No. CV 08-3784 DSF(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment on petitioner and on counsel for respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10-2-08

                                 HONORABLE DALE S. FISCHER
                                 UNITED STATES DISTRICT JUDGE