UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO LOPEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD DONOVAN,<br><br>　　　　　Respondent. | Case No. CV 08-3784 DSF(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: _10-2-08_

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE